

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2014

No. 04-13-00334-CV

**FRESENIUS MEDICAL CARE-SOUTH TEXAS KIDNEY, LLC** as successor in interest to
Bio- Medical Applications of San Antonio, Inc. and
Bio-Medical Applications of San Antonio, Inc.,
Appellants

v.

Raul **GONZALEZ**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20478
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Luz Elena D. Chapa, Justice

Appellants' motion to strike appellee's letter brief is DENIED.

It is so **ORDERED** on January 27th, 2014.

PER CURIAM

ATTESTED TO:



_____
Keith E. Hottle
Clerk of Court